NCC# 18000478

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2018 ★
LONG ISLAND OFFICE

**CV-18 2290**

Full name of plaintiff/prisoner ID#
ANDERSON JOSEPH

Plaintiff,

-against-

Nassau County Sheriff's Department Jail
100 Carman Ave
East Meadow, NY 11554

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-------------------------------------X

JURY TRIAL DEMAND
YES____  NO ✓

BIANCO, J.

BROWN, M.J.

**RECEIVED**
APR 17 2018
EDNY PRO SE OFFICE

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____
                  _____

      Defendants: _____
                  _____

   2. Court (if federal court, name the district; if state court, name the county)
      Nassau County Court, Hempstead

   3. Docket Number: No Docket Number

NCC: 18000478

4. Name of the Judge to whom case was assigned: Judge Sullivan

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) The case is still Pending

6. Approximate date of filing lawsuit: 4/9/18

7. Approximate date of disposition: _____

II. Place of Present Confinement: 100 CARMAN Ave East Meadow, NY 11554

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? I told the Authorities Because the Authorities Refused to Procedure me any grievance

2. What was the result? The result was that the Authorities Put me in A Cold Room

D. If your answer is NO, explain why not the Authorities Refused me any grievance

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? Verbally complain Because Authorities Refused me any grievance

2. What was the result? The Authorities Put me In A Cold Room

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Anderson Joseph

Address  D 2 B 23 Cell  100 CARMAN AVE East Meadow, NY 11554

Outside  20 Olympia St  Port Jefferson, NY 11776

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  Medical Staff  refused to gave me names

Defendant No. 2  Mental Health staff  refused to gave me names

Defendant No. 3  Authorities refused to gave me names but one BG#545

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

NCC: 18000478

## IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Since 1/23/18 until now 4/9/18 the Jail staff abusing me Mentally and Physically Because the Medical staff gave me whoner Medication and one of the office B6 #545 punch me several times also I was in Nassau Medical Center For bad Food and heart proslem For 3 days Now I'm here and never see a Judge For 70 days I need Justice to Be Serve Please help

## IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My Injuries: I lost my memory and Physically abusing by officer B6 #545 He was using Force on me, Several Times

V. Relief:

State what relief you are seeking if you prevail on your complaint.

I am suffering Heart Problem and Mentally abusing Because I lost my memory
I am Suing For 1.5 Million Dollars

I declare under penalty of perjury that on __4/9/18__ (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __9__ day of __April__, 20__18__. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff

Name of Prison Facility
NASSAU County Sheriff's Department Jail
100 CARMAN AVE
Address East Meadow, NY 11554

Prisoner ID# 18000478

① CV-18 2290

NCC: 18000478

Anderson Joseph
1) 2B 23 Cell
100 CARMAN Ave
East Meadow, NY 11554

BIANCO, J.

BROWN, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2018 ★
LONG ISLAND OFFICE

April 12, 2018
Attention: PRO Se Office
Clerk of United State District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
APR 17 2018
EDNY PRO SE OFFICE

I Would like to approach with clerical corrections. About my case, I was arrested for Violation of Probation. On 1/23/18 Since that Day I never see A Judge
I am here at Nassau County Sheriff's Department Division of correction

This is my Inmate Information: Oct 28, 1979
ICN# 7807062 Plus NCC# 18000478
I asked the Authorities for my Docket # they told me there is no Docket #
Now, In this case I was In Jail for 7 Months and they Didn't gave me no Jail time credit and now the Probation Said I was Violated Probation and they can't tell me what was the Violation about
Therefore, I need my case to be dismiss and I need justice to be served

CV-18-2290

(2)   NCC # 18000478

Now at the moment I am here in jail with bad treatment and the authorities refused to serve me any grievance, Because the authorities refused to give me any jail supply and also I had been abused mentally and physically.

There is no reason for people to be abused in jail Because I respect everyone I was sick in jail from the food and bad medications and bad treatment no hot water in my cell, no hot water in the shower and the food is not enough, the authorities wake people up for no reason and they don't opened on time and they don't closed on time (meaning they abused us)

Now because I was sick and they took me to Nassau Medical Center for 3 days and when I came back to jail one of the authorities BG # 545 Punch me several time just because I was refusing medical service and after that the authorities put me in a very cooler room just to make me sicker or to killed me. I need Justice to be serve and because of that I am suying for $ 1.5 Million Dollar for Punishment Because (I was). I had lost my memory in this jail from Bad treatment and I'm suffering Heart Problem, Physical abusing and also Mental abusing

Outside address → Jail address
20 Olympia St                Location D2B 23 Cell
Port Jefferson NY 11776      100 Carman Ave
                             East Meadow, NY 11554

(3)

NCC: 18000478

Please with Peace and Respect I am asking
For Justice to be Served
I am also sent receipt paper about my account
of $0.00 Dollar Because I can't Pay $350 fees
I have no money in Jail and no money outside Jail
This is my information Anderson Joseph, S.S 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
Oct 28, 79
I am a community organizer with no income
and this is time for America to have a better
Rules and regulations
Because I am an American, you are an American
We all are American and is time to be united
Because we Don't need Problems, Division, Violence But
We need Peace, love, Respect. Unity For America
Thanks For your time and have a Wonderful time
Anderson Joseph

Email:
Communityorganizer03@gmail.com

Community organizer