UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X **18-CV-2290 (PKC)(PK)**

ANDERSON JOSEPH,

Plaintiff, **Certificate of Service**

-against-

NASSAU COUNTY SHERIFF'S DEPARTMENT JAIL, MEDICAL STAFF, MENTAL HEALTH

Defendants.

---------------------------------------------------------------------- X

Pablo A. Fernandez, being an attorney duly admitted to practice law in the Courts of the State of New York and in the United States District Court, Eastern District of New York, certifies that on December 21, 2020, I have mailed by the United States Postal Service, via first class mail, and electronic mail: County Defendant's Notice of Deposition and Request for HIPAA authorizations, to the following non CM/ECF participant at the indicated address and electronic mail address:

Anderson Joseph
110-12 Springfield Blvd.
Queens Village, New York 11429

communityorganizer03@gmail.com

Dated: Mineola, New York
December 22, 2020

*/S/ Pablo A. Fernandez*
Pablo A. Fernandez, DCA.